UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-1720__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __HSBC Bank USA, National Association__

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

__Michael O. Ware__
Name (printed or typed)

__Mayer Brown LLP__
Firm Name (if applicable)

__1221 Avenue of the Americas__

__New York, NY 10020__
Address

__212-506-2500__
Voice Phone

__212-262-1910__
Fax Number

__mware@mayerbrown.com__
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on __July 15, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

See attached service list. Served by mail or by hand.

Signature

__July 15, 2015__
Date

05/07/2014
SCC

Service List

Jay W. Eisenhofer
James J. Sabella
Elizabeth Hardeman Shofner
GRANT & EISENHOFER PA
485 Lexington Avenue
New York, NY 10017

Justin K. Victor
Jennifer Alden Williams
Stuart Miles Grant
GRANT & EISENHOFER, PA
123 Justison Street
Wilmington, DE 19801-0000

Richard Harpootlian
Christopher P. Kenney
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street, P. O. Box 1090
Columbia, SC 29201

Kenneth M. Suggs
JANEY, JENNER & SUGGS, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201

Melissa J. Copeland
SCHMIDT & COPELAND, LLC
1201 Main Street
P. O. Box 11547
Columbia, SC 29211

Gerard E. Wimberly, Jr.
Daniel T. Plunkett
Gabriel A. Crowson
Melissa H. Harris
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
P. O. Box 60643
New Orleans, LA 70130

David R. Dugas
McGLINCHEY STAFFORD, PLLC
301 Main Street, 14th Floor
1 American Place
Baton Rouge, LA 70825

Mary Gail Gearns
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10022-4689

James K. Lehman
Thadeous H. Westbrook, III
NELSON MULLINS RILEY
    & SCARBOROUGH, LLP
P. O. Box 11070
Columbia, SC 29211

Barbara Van Gelder
Christopher J. Allen
DICKSTEIN SHAPIRO, LLP
1825 I Street, NW
Washington, DC 20006-5403

Melanie Ann Hines
BERGER SINGERMAN, LLP
125 South Gadsden Street, Suite 300
Tallahassee, FL 32301

Carl F. Muller
607 Pendleton Street, Suite 201
Greenville, SC 29601

J. Theodore Gentry
Matthew Richardson
Alice Parham Casey
WYCHE. P.A.
801 Gervais Street, P. O. Box 12247
Columbia, SC 29201

Matthew E. Ingber
Christopher J. Houpt
MAYER BROWN, LLP
1221 Avenue of the Americas
New York, NY 10020

Michael Stephan Kraut
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178