No. 15-1720

*In the*

# United States Court of Appeals
## for the
## Fourth Circuit

UNITED STATES *ex rel.* SZYMONIAK,

*Plaintiff-Appellant,*

v.

AMERICAN HOME MORTGAGE SERVICING, INC;
SAXON MORTGAGE SERVICES INC.; LENDER PROCESSING
SERVICES INC.; DOCX LLX; BANK OF NEW YORK MELLON
CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY;
DEUTSCHE BANK TRUST COMPANY AMERICAS;
HSBC USA NATIONAL ASSOCIATION,

*Defendants-Appellees.*

**APPELLEES' JOINT MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE AN ANSWERING BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27(a) and Fourth Circuit Rule 31(c), appellees American Home Mortgage Servicing, Inc; Saxon Mortgage Services Inc.; Lender Processing Services Inc.; DocX LLX; Bank of New York Mellon Corporation; Deutsche Bank National Trust Company; Deutsche Bank Trust Company Americas; HSBC USA National Association, respectfully request a 45-day extension

of time within which to file an answering brief, to and including December 17, 2015. In support of this motion, appellees state as follows:

1. Appellant filed her notice of appeal on June 26, 2015, and this Court docketed the appeal on June 30, 2015.

2. On September 28, 2015, appellant filed a timely opening brief. According to this Court's August 19, 2015 briefing order, the answering brief will be due, without extension, on November 2, 2015.

3. The time for filing an answering brief has not previously been extended.

4. This is a False Claims Act case concerning alleged claims for payment purportedly submitted to the government in connection with the Federal Housing Administration's mortgage insurance program. At the heart of this appeal is the question whether the plaintiff's False Claims Act complaint satisfies Federal Rule of Civil Procedure 9(b)'s heightened pleading requirements.

5. There is good cause for the requested extension. This case involves eight banking and mortgage-servicing defendants represented by nine different law firms. Counsel for the appellees are working diligently to prepare a single, joint brief. Yet not all of the appellees are situated in the same way, and coordinating a joint brief that is acceptable to each appellee, should one ultimately be possible, will require additional time.

6. A 45-day extension of time will ensure that the issues presented on appeal are thoroughly and thoughtfully briefed for this Court's consideration, and that the appellees have sufficient time to work toward a single, coordinated brief. It will not prejudice the appellant or unduly delay the ultimate disposition of this case.

7. We are mindful that a 45-day extension request is somewhat longer than a typical 30-day request. The additional time is necessary because a 30-day extension (which would make the brief due December 2) would conflict with the parties' and counsel's travel plans over the Thanksgiving holidays, hindering cross-party coordination at a time when it will be most important.

8. Counsel for the appellees have conferred with counsel for the appellant, who have indicated that appellant opposes the motion.

WHEREFORE, appellees respectfully request that the Court issue an order granting a 45-day extension of time within which to file an answering brief, to and including December 17, 2015.

Dated: October 7, 2015

/s/*Barbara Van Gelder*

BARBARA VAN GELDER
　Dickstein Shapiro LLP
　1825 I Street, N.W.
　Washington, DC 20006
　(202) 420-4845

CHRISTOPHER J. ALLEN
　Cozen O'Connor
　1200 19th Street, N.W.
　Washington, DC 20036
　(202) 471-3421

FRED O. GOLDBERG
　Berger Singerman LLP
　1450 Brickell Avenue
　Suite 1900
　Miami FL 33131
　(305) 714-4381

*Counsel for Appellees*
*Lender Processing Services, Inc.*
*(n/k/a Black Knight InfoServ,*
*LLC) and DocX LLC*

/s/ *Mary Gail Gearns*

MARY GAIL GEARNS
　Morgan Lewis & Bockius LLP
　101 Park Avenue
　New York, NY 10178
　(212) 309-6000

*Counsel for Appellee*
*Saxon Mortgage Services, Inc.*

Respectfully submitted,

/s/ *Michael B. Kimberly*

MICHAEL B. KIMBERLY
　Mayer Brown LLP
　1999 K Street NW
　Washington, D.C. 20006
　(202) 263-3127

MATTHEW D. INGBER
CHRISTOPHER J. HOUPT
　Mayer Brown LLP
　1221 Avenue of the Americas
　New York, NY 10020
　(212) 506-2500

*Counsel for Appellee*
*The Bank of New York Mellon Corp.*

/s/ *B. Rush Smith III*

B. RUSH SMITH III
CARMEN HARPER THOMAS
　Nelson Mullins Riley &
　Scarborough LLP
　1320 Main Street, 17th Floor
　Post Office Box 11070
　Columbia, SC 29201
　(803) 799-2000

MICHAEL O. WARE
　Mayer Brown LLP
　1221 Avenue of the Americas
　New York, NY 10020
　(212) 506-2500

*Counsel for Appellee*
*HSBC Bank USA, N.A.*

[additional signatures on the following page]

4

/s/ *Gerard E. Wimberly, Jr.*

GERARD E. WIMBERLY, JR.
GABRIEL A. CROWSON
MELISSA H. HARRIS
   McGlinchey Stafford, PLLC
   601 Poydras Street, 12th Fl.
   New Orleans, LA 70130
   (504) 586-1200

JUSTON MICHAEL O'BRIEN
   McGlinchey Stafford, PLLC
   301 Main St, Ste 1400
   Baton Rouge LA 70801
   (504) 586-1200

MELISSA J. COPELAND
   Schmidt & Copeland, LLC
   1201 Main St., Suite 1100
   Columbia, SC 29201
   (803) 748-1342

*Counsel for Appellee Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.*

/s/ *Michael S. Kraut*

MICHAEL S. KRAUT
   Morgan, Lewis & Bockius LLP
   101 Park Avenue
   New York, NY 10178
   (212) 309-6000

*Counsel for Appellees Deutsche Bank National Trust Company & Deutsche Bank Trust Company Americas*

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was filed with the Clerk of the Court using the appellate CM/ECF system on October 7, 2015. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

/s/ *Michael B. Kimberly*